# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 7, 2018

156587 & (27)(34)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MICHAEL WILLIAM KUZMA,
      Defendant-Appellant.

SC: 156587
COA: 337913
Calhoun CC: 2012-000577-FC

_____/

      On order of the Court, the application for leave to appeal the September 18, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motions to amend issue on appeal and to remand are DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 7, 2018



a1031

Clerk